UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  Case No. 8:13-cr-316-T-30AEP

MICHAEL JOHN KOLBUSZ

**FORFEITURE MONEY JUDGMENT AND**
**PRELIMINARY ORDER OF FORFEITURE FOR SPECIFIC ASSET**

THIS CAUSE comes before the Court upon the United States' Motion (Doc. 79) for:

(1) A Forfeiture Money Judgment in the amount of $96,000.00; and

(2) A Preliminary Order of Forfeiture for approximately $18,740.12 in proceeds from the sale of 1427 N.E. 5th Lane, Cape Coral, Florida 33909.

Being fully advised of the relevant facts, the Court hereby finds that at least $96,000.00 was derived in proceeds from the drug trafficking conspiracy to which the defendant pled guilty and that the real property was used to facilitate the conspiracy, thus making the real property sales proceeds directly traceable to the conspiracy.

Accordingly, it is hereby:

ORDERED, ADJUDGED, and DECREED that for good cause shown, the United States' motion (Doc. 79) is GRANTED.

It is FURTHER ORDERED that, pursuant to 21 U.S.C. § 853 and Rule 32.2(b)(2) of the Federal Rules of Criminal Procedure, the defendant shall be held

jointly and severally liable with co-defendant Marcie Kolbusz for a forfeiture money judgment in the amount of $96,000.00.

It is FURTHER ORDERED that, pursuant to 21 U.S.C. § 853 and Rule 32.2(b)(2), the net sales proceeds identified above are hereby forfeited to the United States for disposition according to law.  The net proceeds will be credited toward the defendant's forfeiture money judgment.

It is FURTHER ORDERED that, upon entry of this order, it shall become a final order of forfeiture as to the defendant.

The Court retains jurisdiction to address any third party claim that may be asserted in these proceedings, to enter any further order necessary for the forfeiture and disposition of such property, and to order any substitute assets forfeited to the United States up to the amount of the forfeiture money judgment.

DONE and ORDERED in Tampa, Florida, this 16th day of December, 2013.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

<u>Copies to:</u>
Counsel/Parties of Record

S:\Even\2013\13-cr-316 Michael 79 forfeit.docx

2