UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                        Case No. 8:13-cr-316-T-30AEP

MICHAEL JOHN KOLBUSZ
MARCIE LYNN KOLBUSZ

**FINAL JUDGMENT OF FORFEITURE**

THIS CAUSE comes before the Court upon the United States' Motion for a Final Judgment of Forfeiture (Doc. 98), pursuant to 21 U.S.C. § 853(n)(7), 28 U.S.C. § 2461(c), and Rule 32.2(c)(2) of the Federal Rules of Criminal Procedure, for a $18,740.12 in proceeds from the sale of 1427 N.E. 5th Lane, Cape Coral, Florida 33909.

On December 16, 2013, the Court entered a $96,000.00 Forfeiture Money Judgment, pursuant to 21 U.S.C. § 853, and a Preliminary Order of Forfeiture against the $18,740.12 in proceeds from the sale of 1427 N.E. 5th Lane, Cape Coral, Florida 33909, pursuant to 21 U.S.C. § 853.   Docs. 81, 82.

In accordance with 21 U.S.C. § 853(n) and Rule 32.2(b)(6)(C), the United States published notice of the forfeiture and of its intent to dispose of the proceeds on the official government website, www.forfeiture.gov, from December 18, 2013 through January 16, 2014.  Doc. 84.  The publication gave notice to all third parties with a legal interest in the proceeds to file with the Office of the Clerk, United States District Court, Middle District of Florida, Sam Gibbons Federal Courthouse,

2nd Floor, 801 North Florida Avenue, Tampa, Florida 33602, a petition to adjudicate their interest within 60 days of the first date of publication. No third party has filed a petition or claimed an interest in the proceeds, and the time for filing a petition has expired. Accordingly, it is hereby:

ORDERED, ADJUDGED, and DECREED that for good cause shown, the United States' motion (Doc. 98) is GRANTED.

It is FURTHER ORDERED that pursuant to the provisions of 21 U.S.C. § 853(n)(7) and Federal Rule of Criminal Procedure 32.2(c)(2), all right, title and interest in the proceeds identified above are CONDEMNED and FORFEITED to the United States for disposition according to law.

Clear title to the proceeds is now vested in the United States of America.

DONE and ORDERED in Tampa, Florida, this 19th day of February, 2014.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

S:\Odd\2013\13-cr-316 forfeit 98.docx